**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLIE GREEK, | Case No. 2:23-cv-00608-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Summary Judgment, it is ordered, adjudged, and decreed that this case is dismissed with prejudice and without leave to amend. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 21, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1